JACK DUNHAM v. STATE.

No. A-782.   Opinion Filed November 24, 1911.

Appeal from Blaine County Court; George W. Ferguson, Judge.

Jack Dunham was convicted of violating the prohibitory law, and apepals.   Affirmed.

A. W. Johnson and J. P. Wishard, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen. (Andrew Wood, of counsel), for the State.

PER CURIAM. Plaintiff in error, Jack Dunham, was convicted in the county court of Blaine county at the January, 1910, term, on a charge of maintaining a place for the sale of intoxicating liquors, and his punishment fixed at a fine of fifty dollars and imprisonment in the county jail thirty days. No prejudicial error sufficient to justify a reversal of this cause appearing from the record, the judgment is affirmed.